IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2024 SEP 30 P 4: 15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:24-cv-_____ |
| $4,316.00 IN UNITED STATES CURRENCY, | ) ) ) | 2:24-cv-00613-MHT-KFP |
| Defendant. | ) ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), for forfeiture of $4,316.00 in United States currency, seized from Deneco Nettles on October 25, 2023, pursuant to an arrest warrant executed at 3931 Sunset Drive, Montgomery, Alabama, for violations of 21 U.S.C. §§ 841(a)(1) and 846.

### THE DEFENDANT *IN REM*

2. The defendant consists of $4,316.00 in United States currency, seized from Deneco Nettles on October 25, 2023, pursuant to an arrest warrant executed at 3931 Sunset Drive, Montgomery, Alabama. The defendant is currently in the possession of the United States Marshals Service.

### JURISDICTION AND VENUE

3. The United States brings this action *in rem* in its own right to forfeit and condemn the defendant. This Court has subject matter jurisdiction over an action commenced by the United

States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

4. This Court has *in rem* jurisdiction over the defendant under 28 U.S.C. § 1355(b) because the acts or omissions giving rise to the forfeiture occurred in this district. Upon the filing of this complaint, the plaintiff requests that the Clerk of Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b)(i), which the plaintiff will execute upon the defendant pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, because the acts or omissions giving rise to the forfeiture occurred in this district and the property is located in this district.

6. The defendant, as described above, is now, and during the pendency of this action will be, in the jurisdiction of this Court and is located in the Middle District of Alabama.

## BASIS FOR FORFEITURE

7. The defendant is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), which provide for the seizure and forfeiture of all moneys, negotiable instruments, securities, or other things of value furnished, or intended to be furnished, by any person in exchange for a controlled substance or listed chemical; all proceeds traceable to such an exchange; all moneys, negotiable instruments, and securities used or intended to be used to facilitate the commission of the offenses; any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses; and any property, real or personal, used to facilitate violations of 21 U.S.C. §§ 841(a)(1) and 846.

## FACTS

8. The facts and circumstances supporting the seizure of the defendant are as follows:

   a. Beginning in June 2020, agents in the Drug Enforcement Administration (DEA) Montgomery Resident Office (MRO) began an investigation involving Deneco Nettles ("Nettles") and other co-conspirators. In August and September 2020, United States District Judge R. Austin Huffaker authorized Title III intercepts on Vanshun Traywick ("Trawick"). During the intercepts, agents intercepted communications between Traywick and Nettles where Nettles supplied Traywick with cocaine.

   b. On September 12, 2023, a Grand Jury in the Middle District of Alabama returned a True Bill Indictment against Nettles and others for violations of 21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine). (Criminal Case No. 2:23-cr-00309-ECM, Doc. 1). A federal arrest warrant was issued for Nettles on September 14, 2023.

   c. On October 25, 2023, the United States Marshal Service ("USMS") executed the federal arrest warrant on Nettles at 3931 Sunset Drive, Montgomery, Alabama. During the search of Nettles incident to arrest, USMS found a large sum of assorted U.S. Currency in Nettles' front pocket, then returned it to Nettles' pocket.

   d. Nettles was transported to the DEA MRO by Task Force Officer ("TFO") Jacob L. Boddie and USMS Deputy Luke Garner to be processed. Once at the DEA MRO, Special Agent (SA) Evan M. Skeldon, as witnessed by TFO Boddie, seized and took custody of the currency that was still in Nettles' front pocket and placed it in temporary storage at the MRO for storage and safekeeping. Nettles was transported and booked into Mac Sim Butler Detention Facility in Montgomery, Alabama.

e. Following Nettles' arrest, TFO Tyler Delashaw contacted the Alabama Department of Industrial Relations who informed TFO Delashaw that Nettles has no reported employment history in the State of Alabama.

f. Due to Nettles' lack of reported income, his history of drug-related arrests, and the aforementioned intercepted communications between Trawick and Nettles, agents seized the currency taken from Nettles' pocket as proceeds of illegal drug activity.

g. On October 30, 2023, SA Skeldon and TFO Boddie transported the assorted currency to Loomis for an official count of $4,316.00 U.S. Currency. The seized currency is the defendant in this action.

h. On February 12, 2024, Nettles pleaded guilty to Count 3 of the Indictment returned against him in Criminal Case No. 2:23-cr-00309-ECM, and on June 18, 2024, was sentenced to 18 months' confinement and three years' supervised release.

## CLAIM FOR RELIEF

WHEREFORE, the United States prays the defendant be condemned and forfeited to the United States as property representing proceeds of drug trafficking in violation of 21 U.S.C. § § 841(a)(1) and 846, that the United States be awarded its costs and disbursements in this action, and for such other and further relief as the Court deems proper and just.

Respectfully submitted this 30th day of September, 2024.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

AUDREY L. WILLIS
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Audrey.Willis@usdoj.gov