IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )       CIVIL ACTION NO.
        v.                  )         2:24cv613-MHT
                            )             (WO)
$4,316.00 IN UNITED         )
STATES CURRENCY,            )
                            )
        Defendant.          )
```

### DEFAULT JUDGMENT

In accordance with the opinion and order entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is entered in favor of plaintiff United States of America and against defendant $ 4,316.00 in United States Currency.

(2) All right, title, and interest in the defendant currency is forfeited to and vested in plaintiff United States of the America, which shall have clear title to this property, may warrant good title to any subsequent

transferee, and shall dispose of the property in accordance with the law.

(3) The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of September, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE